**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1666**

KEON SCOTT,

Plaintiff - Appellant,

v.

OCCUGUIDES USA, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:22-cv-00023-KDB-DCK)

Submitted:  October 31, 2023                                    Decided:  November 2, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keon Scott, Appellant Pro Se.  Kevin V. Parsons, LEWIS BRISBOIS BISGAARD & SMITH, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keon Scott appeals the district court's order granting summary judgment to Scott's former employer ("Defendant") in this diversity action alleging wrongful discharge, unjust enrichment, and similar claims under North Carolina state law. We have reviewed the record and find no reversible error. In particular, to the extent Scott challenges on appeal that he had to proceed pro se below, we conclude that the magistrate judge and the district court did not abuse their discretion in granting Scott's counsel's motion to withdraw and declining to appoint substitute counsel. Furthermore, Scott's conclusory assertion in his informal brief that Defendant lied does not undermine the district court's reasons for granting summary judgment as a matter of law. Accordingly, we affirm. *Scott v. Occuguides USA, LLC*, No. 5:22-cv-00023-KDB-DCK (W.D.N.C. June 7, 2023). We deny Scott's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2